**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

**Case No. 1:24-cv-02412-VMC**

WALLY RAMOS,

     Plaintiff,

v.

ASBURY AUTOMATIVE GROUP, INC.,

     Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Wally Ramos, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action.  All claims of Plaintiff, individually, are hereby dismissed without prejudice. All claims of the putative class members are dismissed without prejudice.

DATED:  August 6, 2024

Respectfully submitted,

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
Florida Bar No. 030380
401 E. Las Olas Boulevard Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713